Hugro Manufacturing Company, appellee, v. Adolph Sturm Company, appellant. Gen. No. 27,674.

Action for balance due for dowels sold and delivered. Default judgment for plaintiff. Motions to vacate default, for leave to file an amended affidavit of merits and to strike plaintiff's counter affidavits overruled. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922.

Linaweaver & Linaweaver, for appellant. Eastman, White & Hawxhurst, for appellee; Julius J. Hoffman, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

James Coal Company, appellee, v. Lucy C. Catherwood, appellant. Gen. No. 27,683.

Action to recover the price of coal sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed November 8, 1922.

Lighthall, Carlson, Eakin & Lewis, for appellant; C. O. Carlson, of counsel. Henry M. Hagan, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Hilda Palmer, plaintiff in error, v. James Percy Strickland, administrator of the estate of Rufus K. Tabor, deceased, and Mullen Brewing Company, defendants in error. Gen. No. 27,002.

Action for personal injuries received by plaintiff by falling into a hole in a sidewalk. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed November 8, 1922. Rehearing denied November 21, 1922.

John Gibson Hale, for plaintiff in error. Petit, Cummings & Snider, for defendant in error Mullen Brewing Co.

Mr. Justice Gridley delivered the opinion of the court.

---

Charles Hageman, appellee, v. Harry H. Cavin, appellant. Gen. No. 27,588.

Action for damage to plaintiff's automobile in a collision with defendant's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of fact. Opinion filed November 8, 1922.

William Greene and H. L. Howard, for appellant. William A. Jennings, for appellee.

Mr. Justice Gridley delivered the opinion of the court.